DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTOPHER TODD HAMILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-2784

_____

August 7, 2024

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Andrea Flynn Mogensen, The Law Office of Andrea Flynn Mogensen PA, Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.